**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **PAUL JASON REECE,** | ) |
|     **Plaintiff,** | ) |
|     v. | ) No. 4:06-CV-0833-AGF |
| **MISSOURI DEPARTMENT OF CORRECTIONS, SOUTH CENTRAL CORRECTIONAL CENTER and E. JACKSON,** | ) |
|     **Defendants.** | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendants Missouri Department of Corrections and South Central Correctional Center, plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 16th day of June, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com