# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAUL JASON REECE, )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, SOUTH CENTRAL )<br>CORRECTIONAL CENTER and )<br>E. JACKSON, )<br>)<br>　Defendants. ) | No. 4:06-CV-0833-AGF |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Missouri Department of Corrections and South Central Correctional Center, plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 16th day of June, 2006.

　　　　　　　　　　　　　　　　　　／s／ Stephen N. Limbaugh
**SENIOR UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com