UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL JASON REECE,       ) | |
|       ) | |
| Plaintiff,       ) | |
|       ) | |
| vs.       ) | Case No.  4:06CV00833 AGF |
|       ) | |
| MISSOURI DEPARTMENT OF       ) | |
| CORRECTIONS, et al.,       ) | |
|       ) | |
| Defendants.       ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

(Doc. #29) is **DENIED as moot**, in light of this Court's Order dated November 28, 2006,

appointing counsel for Plaintiff.  The Clerk's Office shall enclose to Plaintiff a copy of

that Order (Doc. #28) with the present Order.

**IT IS FURTHER ORDERED** that Plaintiff's pro se motion for summary

judgment (Doc. #30) is **DENIED without prejudice** to the filing of a motion for

summary judgment with the assistance of appointed counsel.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of December, 2006.