UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL JASON REECE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00833 AGF |
| ) | |
| ERNEST JACKSON, DDS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On joint motion of the parties, the Case Management Order (CMO) shall be amended as follows:

1. The parties shall conduct and complete ADR by April 30, 2007.

2. Plaintiff shall disclose all expert witnesses and shall provide the reports as required under Fed. R. Civ. P. 26(a)(2), no later than May 28, 2007, and shall make expert witnesses available for deposition, and have depositions completed, no later than June 11, 2007. Plaintiff shall disclose rebuttal experts and shall provide any expert reports, no later than July 23, 2007, and make rebuttal experts available for deposition, and have depositions completed no later July 31, 2007.

3. Defendants shall disclose all expert witnesses and shall provide the reports as required under Fed. R. Civ. P. 26(a)(2), no later than June 25, 2007, and shall make expert witnesses available for deposition, and have depositions completed, no later than July 9, 2007.

Excepted as amended herein, the CMO shall remain unchanged.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2007.