UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PAUL JASON REECE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV00833 AGF |
| ERNEST JACKSON, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

On Motion of Plaintiff [Doc. #64] and for good cause shown, the trial in this case is hereby rescheduled for **Wednesday, March 12, 2008**.

With regard to Plaintiff's further request that Defendants pay the cost of reopening any depositions already taken, Plaintiff may file a request for same following the completion of any such depositions.

*(signature)*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE