UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL JASON REECE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00833 AGF |
| | ) |
| ERNEST JACKSON, D.D.S, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' Consent Motion to Amend the Case Management Order [Doc. #66], filed on February 19, 2008. Following a conference call with counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Consent Motion to Amend the Case Management Order [Doc. #66] is **GRANTED**. The Case Management Order [Doc. #38], as amended, shall be further amended as follows:

1. The parties, through counsel, shall immediately engage in good faith settlement negotiations.

2. In the event counsel are unable to reach a settlement, Defendants shall have until **March 12, 2008** to file a renewed motion for summary judgment. The Plaintiff shall have until **April 11, 2008** to respond, and the Defendants shall have until **April 21, 2008** to file a reply.

3. The jury trial shall be continued from its current setting of March 12, 2008, to **June 16, 2008**. This is a No. 1 trial setting.

Except as amended herein, the Case Management Order shall remain unchanged.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of February, 2008.