UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PAUL JASON REECE

    Plaintiff,

vs.

ERNEST JACKSON, DDS,etal

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Cause No. 4:06CV00833AGF

## ORDER

**IT IS HEREBY ORDERED that** a Writ of Habeas Corpus Ad

Testificandum be issued to bring Paul Jason Reece, #364889

to Courtroom 9 North on Monday, June 16, 2008 at 8:30a.m.

Dated this 28th day of May, 2008

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE